UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  10-61595-CIV-UNGARO/SIMONTON

KEITH DAVIS,

      Plaintiff,

v.

POMPANO TINT, INC., et al.,

      Defendants.

_____/

## ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL

This matter arose upon Plaintiff's Motion to Compel Discovery Responses from Defendant Pompano Tint, Inc., Motion for Attorneys' Fees and Certificate of Good Faith (DE # 25).  The Honorable Ursula Ungaro, United States District Judge, has referred this matter to the undersigned United States Magistrate Judge (DE # 23).

The Plaintiff seeks to compel Defendant Pompano Tint to respond to Plaintiff's First Set of Interrogatories and First Request for Production of Documents (DE # 25). The last day for Defendant Pompano Tint to timely file a response to this Motion was January 7, 2011, and Pompano Tint has not yet filed a response. Therefore, this Motion is granted by default, pursuant to Local Rule 7.1(c).  On or before February 10, 2011, Pompano Tint must provide a full response to Plaintiff's Fist Set of Interrogatories and First Request for Production of Documents.  All objections are deemed waived.

Moreover, on December 14, 2010, the undersigned granted Pompano Tint's motion to extend the time to respond to Plaintiff's discovery until December 14, 2010 (DE # 24). Pompano Tint did not respond by that date. Therefore, any failure by Defendant Pompano Tint, Inc. to timely respond to Plaintiff's discovery, in compliance with this Order, may result in sanctions, including, but not limited to, the entry of a default

judgment as to liability in favor of Plaintiff and against Pompano Tint.

Finally, the Plaintiff seeks an award of $525.00 in attorney's fees, which is comprised of 1.5 hours at an hourly rate of $350.00.  Pursuant to Fed. R. Civ. P. 37, the undersigned has determined that an award of fees is appropriate based upon the failure of Defendant Pompano Tint to participate in discovery, and the failure to set forth any justification for this failure.  However, based upon the experience of the undersigned Magistrate Judge, an award of $300.00 (comprised of one hour of work at a reduced hourly rate of $300.00 per hour) is a reasonable fee to award under the circumstances of this case.

Therefore, based upon a review of the record as a whole, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff's Motion to Compel Discovery Responses from Defendant Pompano Tint, Inc., Motion for Attorneys' Fees (DE # 25) is **GRANTED**.  Defendant Pompano Tint, Inc. shall provide complete discovery responses on or before February 10, 2011.  It is further

**ORDERED AND ADJUDGED** that Plaintiff's request for attorney's fees is **GRANTED IN PART**.  On or before February 10, 2011, Defendant Pompano Tint, Inc. shall pay Plaintiff the sum of $300.00 in attorney's fees.

**DONE AND ORDERED** in chambers in Miami, Florida, on February 1, 2011.

_Andrea M. Simonton_
**ANDREA M. SIMONTON**
**UNITED STATES MAGISTRATE JUDGE**

Copies furnished to:
The Honorable Ursula Ungaro,
        United States District Judge
All counsel of record via CM/ECF

2